```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                                   Case No. 16-02368-MDF
Brad J. Gerstein                                                         Chapter 13
Rosemarie Gerstein
        Debtors
                                  CERTIFICATE OF NOTICE
District/off: 0314-1         User: KDavis                 Page 1 of 2        Date Rcvd: Jul 27, 2016
                             Form ID: ntcnfhrg            Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2016.
db/jdb         Brad J. Gerstein,    Rosemarie Gerstein,    219 Sugartown Rd,    Wayne, PA 19087-3070
4797146        American Education Services,    AES Loan Servicing,    PO Box 2461,    Harrisburg, PA 17105-2461
4797147        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
4797148        Dallas School District,    c/o T Tax Collector,    180 E Center St,    Shavertown, PA 18708-1514
4797149        Dallas Self Storage,    PO Box B,    Dallas, PA 18612-0107
4797150        Dental Specialist of Northeast PA,    500 3rd Ave Ste 112,    Kingston, PA 18704-5810
4797151        Disney VISA Cards from Chase,    PO Box 15123,    Wilmington, DE 19850-5123
4797152        GM Capital One Card,    PO Box 30256,    Salt Lake City, UT 84130-0256
4797143        Gerstein Brad J,    219 Sugartown Rd,    Wayne, PA 19087-3070
4797144        Gerstein Rosemarie,    219 Sugartown Rd,    Wayne, PA 19087-3070
4797154        #Key to Recovery,    5448 W Chester Rd,    West Chester, OH 45069-2916
4797155        Kingston Township,    c/o KT Tax Collector,    180 E Center St,    Shavertown, PA 18708-1514
4797156        +La Maison Apartments,    219 Sugartown Rd,    Wayne, PA 19087-3064
4797161        Mohela,   Department of Education,    PO Box 105347,    Atlanta, GA 30348-5347
4801561        +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
4801412        +Paul R Mancia,    500 3rd Avenue,    Kingston, PA 18704-5810
4797145        Pugliese Finnegan Shaffer & Ferentino,    575 Pierce St Ste 500,    Kingston, PA 18704-5754
4797165        +Temple B’Nai B’rith,    480 Wyoming Ave,    Kingston, PA 18704
4797166        Wyoming Area School District,    c/o Paul J. Konopka Tax Collector,    277 Wyoming Ave,
                 Wyoming, PA 18644-1646
4797167        Wyoming Borough,    c/o Paul J. Konopka Tax Collector,    277 Wyoming Ave,
                 Wyoming, PA 18644-1646

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: rmscedi@recoverycorp.com Jul 27 2016 19:04:15
                 Recovery Management Systems Corporation,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
4809394        E-mail/Text: mrdiscen@discover.com Jul 27 2016 19:07:01       Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
4797153        E-mail/Text: cio.bncmail@irs.gov Jul 27 2016 19:07:04       Internal Revenue Service,
                 Department of Treasury,    310 Lowell St,    Andover, MA 01810-5430
4797157        E-mail/Text: camanagement@mtb.com Jul 27 2016 19:07:08       M&T Bank,    1 Fountain Plz,
                 Buffalo, NY 14203-1420
4797158        E-mail/Text: camanagement@mtb.com Jul 27 2016 19:07:08       M&T Bank,
                 Lending Services Customer Support,    PO Box 1288,    Buffalo, NY 14240-1288
4797160        E-mail/Text: camanagement@mtb.com Jul 27 2016 19:07:08       M&T Bank,
                 Lending Services Customer Support,    PO Box 900,    Millsboro, DE 19966-0900
4803722        E-mail/Text: camanagement@mtb.com Jul 27 2016 19:07:08       M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
4797159        E-mail/Text: camanagement@mtb.com Jul 27 2016 19:07:08       M&T Bank,    PO Box 900,
                 Millsboro, DE 19966-0900
4801459        E-mail/PDF: rmscedi@recoverycorp.com Jul 27 2016 19:04:15
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
4797163        E-mail/Text: ebn_bkrt_forms@salliemae.com Jul 27 2016 19:07:26       Sallie Mae,    PO Box 8377,
                 Philadelphia, PA 19101-8377
4797162        E-mail/Text: ebn_bkrt_forms@salliemae.com Jul 27 2016 19:07:26       Sallie Mae,    PO Box 8459,
                 Philadelphia, PA 19101-8459
4797164        E-mail/Text: ebn_bkrt_forms@salliemae.com Jul 27 2016 19:07:26       Sallie Mae,    PO Box 3319,
                 Wilmington, DE 19804-4319
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4808497*       ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
                 (address filed with court: M&T Bank,    P.O. Box 840,    Buffalo, NY 14240-0840)
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2016 at the address(es) listed below:
              Charles A Shaffer    on behalf of Joint Debtor Rosemarie  Gerstein shaffer@pfslawyer.com,
               joanne@pfslawyer.com;G26183@notify.cincompass.com
              Charles A Shaffer    on behalf of Debtor Brad J. Gerstein shaffer@pfslawyer.com,
               joanne@pfslawyer.com;G26183@notify.cincompass.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   M & T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

ntcnfhrg (04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Brad J. Gerstein
Rosemarie Gerstein

Debtor(s)

Chapter 13

Case No. 1:16−bk−02368−MDF

# Notice

The hearing on confirmation of the Plan of reorganization of Debtor and Joint Debtor is scheduled for the date indicated below.

**August 26, 2016** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: September 14, 2016 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building PO Box 908 Harrisburg, PA 17108 (717) 901−2800 | **For the Court:** Clerk of the Bankruptcy Court: Terrence S. Miller By: KDavis |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: July 27, 2016 |