UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: BRAD J. GERSTEIN and ROSEMARIE GERSTEIN Debtor(s) | : : : : | CHAPTER 13 |
| CHARLES J. DEHART, III STANDING CHAPTER 13 TRUSTEE | : : : | |
| vs. | : : | |
| BRAD J. GERSTEIN and ROSEMARIE GERSTEIN Respondent(s) | : : : | CASE NO. 1-16-bk-02368 |

### TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

AND NOW, this 5th day of December, 2016, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

   a. Proof of Claim for Atherton Avenue secured claims (Wyoming Area School District and Wyoming Borough)

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

Respectfully submitted:

Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:   /s/James K. Jones
      Attorney for Trustee

CERTIFICATE OF SERVICE

        AND NOW, this   5th   day of December, 2016, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Charles Shaffer, Esquire
575 Pierce Street, Suite 500
Kingston, PA   18704

        /s/Deborah A. Behney
        Office of Charles J. DeHart, III
        Standing Chapter 13 Trustee