```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 16-02368-MDF
Brad J. Gerstein                                                    Chapter 13
Rosemarie Gerstein
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: REshelman          Page 1 of 1          Date Rcvd: Dec 06, 2016
                              Form ID: ntcltrdb        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2016.
4797166          Wyoming Area School District,    c/o Paul J. Konopka Tax Collector,    277 Wyoming Ave,
                  Wyoming, PA  18644-1646

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2016 at the address(es) listed below:
              Charles A Shaffer    on behalf of Joint Debtor Rosemarie  Gerstein shaffer@pfslawyer.com,
               joanne@pfslawyer.com;G26183@notify.cincompass.com
              Charles A Shaffer    on behalf of Debtor Brad J. Gerstein shaffer@pfslawyer.com,
               joanne@pfslawyer.com;G26183@notify.cincompass.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    M & T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

ntcltrdb 05/13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Brad J. Gerstein<br>Rosemarie Gerstein | Chapter 13 |
| | Case No. 1:16−bk−02368−MDF |
| Debtor(s) | |

## Notice

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#14) has been filed by the Debtor on behalf of Wyoming Area School District in the amount of $3041.50.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: REshelman |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 6, 2016 |