Pugliese, Finnegan, Shaffer & Ferentino LLC
Charles A. Shaffer, Esquire / Id. No. 01825
575 Pierce Street / Suite 500
Kingston, PA 18704
570-283-1800 (phone)
570-283-1840 (fax)
shaffer@pfslawyer.com
Counsel for Debtors

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Brad J. Gerstein | : | |
| Rosemarie Gerstein | : | |
| Debtors | : | Case No. 1:16-bk-02368-MDF |

## OBJECTION TO CLAIM NO. 2

The Debtors object to the allowance of the claim of Paul R. Mancia, which is Claim No. 2, because the claim was filed as a Priority Claim and the claim of Paul R. Mancia is not entitled to priority. Also, it is a duplicate of Claim No. 13 so that Claim No. 13 and Claim No. 2 cannot both be allowed.

PUGLIESE, FINNEGAN, SHAFFER & FERENTINO LLC

BY: _/s/ Charles A. Shaffer_
CHARLES A. SHAFFER, ESQUIRE
ID. NO. 01825
575 Pierce Street/Suite 500
Kingston, PA 18704
570-283-1800
Counsel for Debtors

February 2, 2017