```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 16-02368-RNO
Brad J. Gerstein                                                Chapter 13
Rosemarie Gerstein
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: karendavi          Page 1 of 1          Date Rcvd: Apr 27, 2017
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2017.
4801412        +Paul R Mancia,    500 3rd Avenue,   Kingston, PA 18704-5810

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2017 at the address(es) listed below:
              Charles A Shaffer    on behalf of Joint Debtor Rosemarie  Gerstein shaffer@pfslawyer.com,
               joanne@pfslawyer.com;G26183@notify.cincompass.com
              Charles A Shaffer    on behalf of Debtor Brad J. Gerstein shaffer@pfslawyer.com,
               joanne@pfslawyer.com;G26183@notify.cincompass.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   M & T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor   M&T BANK tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In Re: : Chapter 13
:
Brad J. Gerstein :
Rosemarie Gerstein :
Debtors : Case No. 1:16-bk-02368 RNO

## ORDER

Upon consideration of the Debtors' objection to Proof of Claim No. 2 of Paul R. Mancia, after hearing held on April 26, 2017, it is

ORDERED that the Debtors' Objection is SUSTAINED and Proof of Claim No. 2 of Paul R. Mancia is disallowed.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: April 27, 2017