IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                              :
                                    :      CHAPTER 13
BRAD J. GERSTEIN                    :
ROSEMARIE GERSTEIN                  :      CASE NO. 1:16-BK-02368
        Debtors                     :

## AMENDED ORDER PERMITTING SALE OF REAL PROPERTY

AND NOW, upon consideration of the Debtors' Motion to amend the Order entered May 29, 2018, IT IS HEREBY ORDERED that:

1. The sale of the Debtors' real estate known as 50 Atherton Street, Wyoming, PA to Frederick J. Solano for a consideration of $151,264.00 is approved;

2. The payment of a real estate broker's commission to be shared equally between Lewith & Freeman Realtors and Century 21 Smith Hourigan Group in the amount of $9,600.00 is approved;

3. The outstanding balance of the M&T mortgages and all other liens on the property together with all customary and usual closing costs as well as a realtor's commission shall be paid from the proceeds of the sale at closing;

4. The net proceeds of this sale in excess of any available statutory exemption shall be paid to the Chapter 13 Trustee for application to the Plan.

BY THE COURT:

_____
HENRY W. VAN ECK, Bankruptcy Judge