Pugliese, Finnegan, Shaffer & Ferentino LLC
Charles A. Shaffer, Esquire / Id. No. 01825
575 Pierce Street / Suite 500
Kingston, PA 18704
570-283-1800 (phone)
570-283-1840 (fax)
shaffer@pfslawyer.com
Counsel for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 13 |
| BRAD J. GERSTEIN | : |
| ROSEMARIE GERSTEIN | : CASE NO. 1:16-BK-02368 |
| Debtors | : |

## REPORT OF SALE OF REAL ESTATE

The Debtors, Brad J. Gerstein and Rosemarie Gerstein, by and through their counsel, Pugliese, Finnegan, Shaffer & Ferentino LLC, respectfully submit the following report to the Court as follows:

1. By Amended Order dated June 21, 2018, this Court approved the sale of the Debtors' real estate known as 50 Atherton Street, Wyoming, PA.

2. The sale of the Debtors' real estate closed on July 6, 2018. A copy of the Closing Disclosure Statement is attached hereto as an exhibit.

3. As shown on Section H (Other) Line 7 of the Closing Disclosure Statement, $6,537.01 was paid to the Trustee which amount paid the Debtors' Plan in full.

4. The balance of the proceeds from the sale of the real estate in the amount of $75,650.77, which was the balance of the proceeds after deducting closing costs and realtor's commission, was paid to the Debtors.

5. An additional $577.58 was paid to the Debtors representing an over-estimate by M&T Bank of the amount necessary to satisfy its liens.

Respectfully submitted,

PUGLIESE, FINNEGAN, SHAFFER & FERENTINO LLC

BY: *s/ Charles A. Shaffer*
CHARLES A. SHAFFER, ESQUIRE
ID. NO. 01825
575 Pierce Street/Suite 500
Kingston, PA 18704
570-283-1800
Counsel for Debtors

Date: July 18, 2018

2

Case 1:16-bk-02368-HWV    Doc 62    Filed 07/18/18    Entered 07/18/18 14:12:35    Desc
Main Document    Page 2 of 5

# Closing Disclosure

**Closing Information**
Date Issued
Closing Date 07/06/2018
Disbursement Date 07/06/2018
Settlement Agent Centurion Abstract, Inc.
File # 18-0074
Property 50 Atherton Avenue
Wyoming, PA 18644
Sale Price $152,500

**Transaction Information**
Borrower Frederick J. Solano, Linda C. Williams
342 Race Street
West Pittston, PA 18643
Seller Rosemarie Gerstein
219 Sugartown Road, Apt F301
Wayne, PA 19087

## Summaries of Transactions

### SELLER'S TRANSACTION

| Due to Seller at Closing | | $153,513.90 |
|---|---|---|
| 01 | Sale Price of Property | $152,500.00 |
| 02 | Sale Price of Any Personal Property Included in Sale | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| Adjustments for Items Paid by Seller in Advance | | |
| 09 | City/Town Taxes to | |
| 10 | County Taxes 07/06/2018 to 12/31/2018 | $816.53 |
| 11 | Assessments to | |
| 12 | 3rd Qtr Sewer 07/06/2018 to 09/30/2018 | $52.01 |
| 13 | Garbage 07/06/2018 to 12/31/2018 | $98.08 |
| 14 | Wyoming Sewer 3rd Qtr 07/06/2018 to | $47.28 |
| 15 | | |
| 16 | | |

| Due from Seller at Closing | | $77,863.13 |
|---|---|---|
| 01 | Excess Deposit | |
| 02 | Closing Costs Paid at Closing (J) | $19,944.84 |
| 03 | Existing Loan(s) Assumed or Taken Subject to | |
| 04 | Payoff of First Mortgage Loan | $11,013.40 |
| 05 | Payoff of Second Mortgage Loan | $45,626.36 |
| 06 | | |
| 07 | | |
| 08 | Seller Credit | $1,236.00 |
| 09 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| Adjustments for Items Unpaid by Seller | | |
| 14 | City/Town Taxes to | |
| 15 | County Taxes to | |
| 16 | Assessments to | |
| 17 | School Taxes 07/01/2018 to 07/06/2018 | $42.53 |
| 18 | | |
| 19 | | |

### CALCULATION

| Total Due to Seller at Closing | $153,513.90 |
|---|---|
| Total Due from Seller at Closing | $77,863.13 |
| Cash to Close ☐ From ☑ To Seller | $75,650.77 |

### Contact Information

**REAL ESTATE BROKER (B)**
Name: Century 21 Smith Hourigan Group
Address: 655 Memorial Highway
Shavertown, PA 18708
License ID: RB046936C
Contact: Kevin Smith
Contact License ID: RM419088
Email: kevin.smith@century21.com
Phone: (570) 881-7754

**REAL ESTATE BROKER (S)**
Name: Lewith & Freeman
Address: 1755 North Memorial Highway
Shavertown, PA 18708
License ID:
Contact: Geri Wisnewski
Contact License ID: AB060292L
Email: gwish03@epix.net
Phone: (570) 696-0888

**SETTLEMENT AGENT**
Name: Centurion Abstract, Inc.
Address: 303 Market Street, Suite 4
Kingston, PA 18704
License ID: 60021
Contact: Liza Prokop
Contact License ID:
Email: lprokop@centurionabstract.com
Phone: (570) 819-2208

**Questions?** If you have questions about the loan terms or costs on this form, use the contact information above. To get more information or make a complaint, contact the Consumer Financial Protection Bureau at
**www.consumerfinance.gov/mortgage-closing**

## Closing Cost Details

| | Seller-Paid At Closing | Seller-Paid Before Closing |
|---|---|---|
| **Loan Costs** | | |
| **A. Origination Charges** | | |
| 01  % of Loan Amount (Points) | | |
| 02 | | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| **B. Services Borrower Did Not Shop For** | | |
| 01 | | |
| 02 | | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| **C. Services Borrower Did Shop For** | | |
| 01  Courier Fee to Centurion Abstract, Inc. | $31.00 | |
| 02  Deed Preparation to Centurion Abstract, Inc. | $150.00 | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| **Other Costs** | | |
| **E. Taxes and Other Government Fees** | | |
| 01  Recording Fees    Deed:        Mortgage: | | |
| 02  State Tax/stamps to Luzerne County Recorder of Deeds | $1,525.00 | |
| **F. Prepaids** | | |
| 01  Homeowner's Insurance Premium  mo. to | | |
| 02  Mortgage Insurance Premium    mo. to | | |
| 03  Prepaid Interest  per day from  to | | |
| 04  Property Taxes    mo. to | | |
| 05 | | |
| **G. Initial Escrow Payment at Closing** | | |
| 01  Homeowner's Insurance  per month for  mo. | | |
| 02  Mortgage Insurance    per month for    mo. | | |
| 03  Property Taxes  per month for  mo. | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08  Aggregate Adjustment | | |
| **H. Other** | | |
| 01  2018 County Taxes to Paul Konopka | $1,700.00 | |
| 02  Duplicate Tax Bill to Paul Konopka | $10.00 | |
| 03  Home Warranty to 210 Homebuyers Warranty | $505.00 | |
| 04  Real Estate Commission Buyers Broker to Century 21 Smith | $4,575.00 | |
| 05  Real Estate Commission Sellers Broker to Lewith & Freeman | $4,575.00 | |
| 06  Sewer to WVSA | $176.83 | |
| 07  Trustee to Jim Jones, Trustee | $6,537.01 | |
| 08  Wyoming Sewer to Wyoming Borough | $160.00 | |
| 09 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| **J. TOTAL CLOSING COSTS** | $19,944.84 | $0.00 |

### Confirm Receipt

By signing, you are only confirming that you have received this form

_____ _____    _____ _____
Seller Signature            Date       Seller Signature            Date

# Addendum

## Closing Information:
Date Issued:  
Closing Date: 07/06/2018  
Property Information: 50 Atherton Avenue  
Wyoming, PA 18644

File No: 18-0074

## Transaction Information:
| | | | |
|---|---|---|---|
| Borrower: | Frederick J. Solano | Borrower: | Linda C. Williams |
| Address: | 342 Race Street | Address: | |
| City/ST/Zip: | West Pittston, PA 18643 | City/ST/Zip: | |

Seller: Rosemarie Gerstein  
Address: 219 Sugartown Road, Apt F301  
City/ST/Zip: Wayne, PA 19087

| Other Costs | Seller-Paid At Closing | Before Closing |
|---|---|---|
| H. Other | | |
| 04 Real Estate Commission Buyers Broker to Century 21 Smith Hourigan Group | $4,575.00 | |

### SELLER'S TRANSACTION
| M. Due to Seller at Closing | |
|---|---|
| Adjustments for Items Paid by Seller in Advance | |
| 14 Wyoming Sewer 3rd Qtr 07/06/2018 to 09/30/2018 | $47.28 |